ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| The Boeing Company | ) | ASBCA No. 58956 |
| | ) | |
| Under Contract No. F33657-01-C-0047 | ) | |

APPEARANCES FOR THE APPELLANT:    Joseph P. Hornyak, Esq.
Gregory R. Hallmark, Esq.
 Holland & Knight LLP
 Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
 DCMA Chief Trial Attorney
Robert L. Duecaster, Esq.
 Trial Attorney
 Defense Contract Management Agency
 Manassas, VA

## ORDER OF DISMISSAL

The parties have requested that proceedings in this appeal be suspended pending resolution of the related appeal of *CAE USA, Inc.*, ASBCA No. 58957. A suspension of indeterminate duration such as that requested by the parties would preclude the Board from proceeding with the disposition of this appeal for an inordinate length of time.

Accordingly, this appeal is dismissed without prejudice pursuant to Board Rule 30. Either party or the Board may act to reinstate this appeal regardless of the status of any related appeal. Unless either party or the Board acts to reinstate the appeal within three years from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 7 May 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58956, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals